## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY f/k/a
MONTPELIER U.S. INSURANCE
COMPANY,

                Plaintiff,

    vs.

KISAN, INC.

                Defendant.

Case No. 2:23-cv-02521-JAR-ADM

### JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT

Plaintiff Mesa Underwriters Specialty Insurance Company f/k/a Montpelier U.S. Insurance Company ("MUSIC") and Defendant Kisan, Inc. ("Kisan"), come by agreement before this Court and hereby move the Court for the entry of a Consent Final Judgment in the above-captioned matter. The Parties have stipulated and agreed to the form for the proposed order granting this Motion, which MUSIC has submitted concurrently herewith. In support of this Joint Motion, the Parties state as follows:

1.      MUSIC issued an insurance policy bearing Policy No. MP0115001000049 to Kisan, Inc. DBA: Motel 6 Airport and Hemang Patel, with stated effective dates from December 13, 2011, to December 13, 2012 (the "MUSIC Policy").

2.      Kisan sought coverage under the MUSIC Policy for a lawsuit filed in the United States District Court for the Eastern District of Texas, entitled *Jane Doe (C.L.F.) v. G6 Hospitality, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, Motel 6 Operating, L.P., and Kisan, Inc.*, Case No. 1:23-cv-00303 in the United States District Court for the Eastern District of Texas (the "Underlying Lawsuit").

-2-

3.      On November 17, 2023, MUSIC informed Kisan that MUSIC did not have an obligation to defend or indemnify Kisan against the claims asserted in the Underlying Lawsuit. Nevertheless, MUSIC offered to fund Kisan's defense subject to a full reservation of rights.

4.      On November 20, 2023, MUSIC filed this declaratory judgment action.

5.      On March 5, 2024, MUSIC filed a Motion for Judgment on the Pleadings (ECF 17, 18), asking the Court to enter a declaratory judgment that MUSIC has no duty to defend or indemnify Kisan in the Underlying Lawsuit.

6.      Kisan willingly, voluntarily, and in the absence of any duress assents to the granting of MUSIC's Motion for Judgment on the Pleadings.

7.      Kisan willingly, voluntarily, and in the absence of any duress agrees to have a Consent Judgment entered against it that MUSIC has no duty to defend or indemnify Kisan in the Underlying Lawsuit.

8.      Kisan willingly, voluntarily, and in the absence of any duress agrees to have a Consent Judgment entered against it that allows MUSIC to cease funding its defense in the Underlying Lawsuit.

WHEREFORE, the Parties hereby stipulate and move that the Court enter the Consent Judgment consistent with the foregoing, in the form attached herein as Exhibit "A," and to Order the relief set forth therein.

Dated: March 18, 2024                    Respectfully submitted,


/s/ Carson M. Hinderks
Stacey R. Gilman       KS Bar No. 21892
Carson M. Hinderks   KS Bar No. 25079
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Phone: (816) 627-0216
Fax: (816) 561-1888
SGilman@BerkowitzOliver.com
CHinderks@BerkowitzOliver.com

and

Joseph K. Scully       CT Bar No. 423692
(admitted *pro hac vice*)
Catherine A. DeLanzo CT Bar No. 442247
(admitted *pro hac vice*)
Day Pitney LLP
225 Asylum Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)
jkscully@daypitney.com
cdelanzo@daypitney.com

Attorneys for Plaintiff, Mesa Underwriters
Specialty Insurance Company f/k/a
Montpelier U.S. Insurance Company


  /s/ *Lauren N. Wright*
Lauren N. Wright       KS Bar No. 27616
Klenda Austerman LLC
301 N. Main, Ste. 1600
Wichita, KS 67202
Phone: (316) 267-0331
Fax: (316) 267-0333
lwright@klendalaw.com

Attorney for Defendant, Kisan, Inc.

-4-

## CERTIFICATE OF SERVICE

I certify that on March 18, 2024, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carson M. Hinderks
*Attorney for Plaintiff*