**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY f/k/a
MONTPELIER U.S. INSURANCE
COMPANY,

               Plaintiff,

    vs.

KISAN, INC.

               Defendant.

Case No. 2:23-cv-02521-JAR-ADM

<u>**CONSENT FINAL JUDGMENT**</u>

This matter is currently before the Court on the Parties' Joint Motion for Entry of Consent Final Judgment (Doc. 19). Having reviewed the Motion and the record in this case, and for good cause, the Court finds that the Motion (Doc. 19) should be and is hereby **GRANTED.**

**NOW, THEREFORE**, it is accordingly **ORDERED, ADJUDGED, AND DECREED** that:

1. Final Judgment is hereby entered in favor of Mesa Underwriters Specialty Insurance Company f/k/a Montpelier U.S. Insurance Company ("MUSIC") and against Kisan, Inc. ("Kisan") on all claims and defenses asserted in this action.

2. The Court grants MUSIC's Motion for Judgment on the Pleadings (Doc. 17) and enters a judgment declaring that MUSIC has no duty to defend or indemnify Kisan in the lawsuit filed in the United States District Court for the Eastern District of Texas, entitled *Jane Doe (C.L.F.) v. G6 Hospitality, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, Motel 6 Operating, L.P., and Kisan, Inc.*,

-2-

Case No. 1:23-cv-00303 in the United States District Court for the Eastern District of Texas (the

"Underlying Lawsuit").

3.      The Court enters a judgment declaring that, because MUSIC has no duty to defend

or indemnify Kisan in the Underlying Lawsuit, MUSIC may cease funding Kisan's defense in the

Underlying Lawsuit.

4.      The parties shall bear all fees and costs as incurred.

The Clerk's Office is ordered to close this case.

**IT IS SO ORDERED**

**Dated this 19th day of March, 2024, at Kansas City, Kansas.**


                                        /s/ Julie A. Robinson
                                        Julie A. Robinson
                                        United States District Judge

-2-